IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3028-2 |
| | ) | |
| V. | ) | |
| | ) | |
| KEVIN LARON HOWELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons expressed in the government's brief (filing 170) and otherwise,

IT IS ORDERED that the "Motion for a Modification of an Imposed Sentence Based on 18 U.S.C. § 3582(c)(2)" (filing 168) is denied.

DATED this 7th day of December, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge